UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KH Capital, LLC,                                                              23-Civ. -10099 (LAK) (RFT)

           Plaintiff,

      -against-                                                       **ORDER**

Richard Cardinale, et al.

          Defendants.

------------------------------------------------------------X

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on **Tuesday, February 20, 2024 at 10:30 AM**. Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 117 077 634 #.**

Defendants should be prepared to discuss whether they intend to file a motion to dismiss. In the event Defendants intend to do so, the parties should be prepared to discuss a briefing schedule for that motion and to address whether the PSLRA discovery stay is applicable to this matter.

DATED:      New York, New York
           February 9, 2024

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge