UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KH CAPITAL, LLC,

                Plaintiff,

-against-

RICHARD CARDINALE, et al.,

                Defendants.

23-CV-10099 (LAK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Defendants did not appear for the status conference scheduled for earlier today (*see* ECF 15). I am sua sponte rescheduling the status conference for **Thursday, February 22, 2024 at 11:00 AM**. Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 119 369 405 #.**

    Counsel for Defendant L3 Capital Income Fund, LLC is expected to appear for the rescheduled status conference and to confirm his intention for doing so by filing a letter on the docket by **5:00 PM on February 21, 2024**, on pain of sanctions. The February 21 letter should include an explanation for his or her failure to appear this morning.

    Counsel for Defendants Richard Cardinale, L3 Capital Management LLC, and L3 Capital Advisors, LLC has filed a waiver of service for these Defendants but has not yet filed a notice of appearance. Counsel for Plaintiff is expected to serve a copy of this Order on counsel for these Defendants.

DATED:    February 20, 2024
                New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge