UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

KH Capital, LLC,

                Plaintiff,

   -against-

Richard Cardinale, et al.

                Defendants.

-----------------------------------------------------------X

23-Civ. -10099 (LAK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendants' obligation to respond to the Complaint by March 8, 2024 (*see* ECF 13) is extended as follows:

By **March 7, 2024**, the parties will file a letter updating the Court on whether they have stipulated that Plaintiff may file an Amended Complaint. If so, Plaintiff will file the Amended Complaint by **March 18, 2024**. By **March 29, 2024**, the parties will file a proposed agreement on the scope of discovery that may proceed pending resolution of Defendants' anticipated motion to dismiss or a statement of disputes about whether and to what extent discovery should proceed during that period. Defendants will file their motion to dismiss by **April 18, 2024**. Plaintiff's opposition is due by **May 16, 2024**, and Defendants' reply is due by **May 30, 2024**.

If the parties do not stipulate that Plaintiff may file an Amended Complaint, then by **March 18, 2024**, the parties will file a proposed agreement on the scope of discovery that may proceed pending resolution of Defendants' anticipated motion to dismiss or a statement of disputes about whether and to what extent discovery should proceed during that period. By

**March 18, 2024**, Defendants will file their anticipated motion to dismiss. Plaintiff's opposition is due by **April 18, 2024**, and Defendants' reply is due by **May 2, 2024**.

DATED:       February 22, 2024
             New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge