UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KH Capital, LLC,

        Plaintiff,

  -against-

Richard Cardinale, et al.

        Defendants.

------------------------------------------------------------X

23-CV-10099 (LAK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a telephonic status conference on **August 14, 2024 at 10:00 AM**. Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 206 248 626 #.**

    The parties should be prepared to discuss Defendants' motion to dismiss and Plaintiff's proposed second amended complaint.

DATED:    New York, New York
               August 6, 2024

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge