UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KH CAPITAL, LLC,<br><br>      Plaintiff,<br><br> -against-<br><br>RICHARD CARDINALE, et al.,<br><br>      Defendants. | 23-CV-10099 (LAK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff shall file his second amended complaint on consent (with a blackline against the first amended complaint) by **August 16, 2024**. Defendants shall fille a) a motion to dismiss the second amended complaint along with b) a supplement to their briefing on the motion to dismiss the first amended complaint, addressing the second amended complaint by **September 6, 2024**. Plaintiff shall file the opposition to the motion to dismiss the second amended complaint by **September 20, 2024**. Defendants shall file their reply in further support of their motion to dismiss by **October 4, 2024.**

DATED: August 14, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge