UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

KH Capital, LLC,

               Plaintiff,

    -against-

Richard Cardinale, et al.

              Defendants.

-----------------------------------------------------------X

23-CV-10099 (LAK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      This action is scheduled for a telephonic status conference on **January 6, 2025, at 12:00 PM**.

Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time by **dialing (646) 453-4442, Access Code: 508 108 81 #.**

DATED:    New York, New York
             January 2, 2025

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge